SUNSET MOTORS, INC., Respondent, *v.* WILLIAM A. RETTMER, Appellant.

Argued June 3, 1953; decided July 14, 1953.

*Harold P. Perkal* for appellant.

*William Walters Lipp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.